■ CIR ELECTRICAL CONSTRUCTION CORP., Appellant, v BLACK CREEK INTEGRATED SYSTEMS CORP. et al., Respondents, et al., Defendant. (Appeal No. 1.) [778 NYS2d 358]—Appeal from an order of the Supreme Court, Niagara County (Norman E. Joslin, J.H.O.), entered December 17, 2002. The order granted plaintiff's motion to the extent of providing that plaintiff may take judgment against defendants Black Creek Integrated Systems Corp. and North American Specialty Insurance Co. in the amount of $123,009.60, plus interest, costs and disbursements.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Green, J.P., Pine, Scudder, Martoche and Hayes, JJ.

■ CIR ELECTRICAL CONSTRUCTION CORP., Appellant, v BLACK CREEK INTEGRATED SYSTEMS CORP. et al., Respondents, et al., Defendant. (Appeal No. 2.) [778 NYS2d 359]—Appeal from an order of the Supreme Court, Niagara County (Norman E. Joslin, J.H.O.), entered March 13, 2003. The order granted plaintiff's motion for leave to reargue and, upon reargument, modified the order entered December 17, 2002 by providing that plaintiff may take judgment against defendants Black Creek Integrated Systems Corp. and North American Speciality Insurance Co. in the amount of $124,948.80, plus interest, costs and disbursements.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]). Present—Green, J.P., Pine, Scudder, Martoche and Hayes, JJ.